UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>          Plaintiff,<br><br>     v.<br><br>M. J. McGARVEY; et al.,<br><br>          Defendants.<br>                                                   / | No. C 06-2124 SI (pr)<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this pro se civil action on March 22, 2006. On that date, the court notified plaintiff in writing that the complaint was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Plaintiff was advised that failure to pay the fee or file the completed application within thirty days would result in dismissal of the action. Plaintiff has failed to provide the court with either the filing fee or a complete in forma pauperis application and the deadline by which to do so has passed. The in forma pauperis application he did file is incomplete in that it did not include the required certificate of funds or the copy of the trust account statement. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a complete in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new civil complaint to commence that new action. Because this action is now dismissed, plaintiff should not file an application or pay the filing fee in this action. The clerk shall close the file.

IT IS SO ORDERED.

Dated: May 30, 2006

_____
SUSAN ILLSTON
United States District Judge